UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STONEWALL CONTRACTING CORP,

    Plaintiff,

-against-

QBE INSURANCE CORPORATION,

    Defendant.
---------------------------------------------------------X

Docket No.: 07 CV 5945

STIPULATION EXTENDING
TIME TO ANSWER

Judge Stein

IT IS HEREBY STIPULATED that the time for the defendant to appear and to answer the Summons or to the Complaint in this action, be and the same hereby is extended to and including the 9th day of August, 2007.

*The initial pretrial conference will remain on Aug. 9, at 10:30 a.m. unless a stip of dismissal is received by 8/9.*

Dated: New York, New York
July 26, 2007

LONDON FISCHER, LLP
Attorneys for Plaintiff
Stonewall Contracting Corp.

By: _____
Brian A. Kalman (BAK 1382)
59 Maiden Lane
New York, New York 10038
(212) 972-1000

ABRAMS, GORELICK, FRIEDMAN &
JACOBSON, P.C.
Attorneys for Defendant

By: _____
Michael E. Gorelick (MEG 6026)
One Battery Park Plaza – 4th Floor
New York, New York 10004
(212) 422-1200

SO ORDERED:
8/2/07
_____
U.S.D.J.